☒ FILED    ☐ LODGED

**03/08/2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

_Jason D. Gregory #293155_
Name and Prisoner/Booking Number

_Eyman Complex - Browning Unit_
Place of Confinement

~~3250 W. Lower Buckeye Road~~  PO Box 3400
Mailing Address

~~Phoenix, Arizona 85009~~  Florence, AZ 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Jason D. Gregory et. al._
(Full Name of Plaintiff)

Plaintiff,

v.

(1) _State of Arizona_
(Full Name of Defendant)

(2) _Pima County Prosecution Office_

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _N/A_ CV-24-01101-TUC-JAS-PSOT
(To be supplied by the Clerk)

_Class Action_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

_Jury Trial Requested_

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971).
     ☐ Other: _____

2.   Institution/city where violation occurred: _Eyman Complex - Tucson Complex_
     _Florence, AZ  -  Tucson, AZ_

**550/555**

Plaintiff other than Jason Gregory :

1. Mr. Joel Falepapalangi
   PO Box 3400
   Florence, AZ 85732


\* Note I have sent Notice of Claim Against both the State of AZ and Pina County Prosecution office. per the 11ᵗʰ Amendment which requires such a Notice when filing a suit against the State or a government Entity.

1-A

## B.  DEFENDANTS

1.  Name of first Defendant: _State of Arizona_____. The first Defendant is employed
as:_____ at _____.
       (Position and Title)                                    (Institution)

2.  Name of second Defendant: ~~A~~ Pima County Prosecutors Office The second Defendant is employed as:
as:_____ at _____.
       (Position and Title)                                    (Institution)

3.  Name of third Defendant:_____. The third Defendant is employed
as:_____ at _____.
       (Position and Title)                                    (Institution)

4.  Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____.
       (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☑ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _3____. Describe the previous lawsuits:

   a.  First prior lawsuit:
       1.  Parties:__Gregory_____ v. _Maria Reji et al._
       2.  Court and case number:_CV-2:18-01578-PHX-GMS-JCB_.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_Pending_

   b.  Second prior lawsuit:
       1.  Parties:__Gregory_____ v. _Ibarra et al_
       2.  Court and case number:_CV-2:24-00680-GMS-CDB_
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_Pending_

   c.  Third prior lawsuit:
       1.  Parties:__Gregory_____ v. _Hall et al._
       2.  Court and case number:_CV-2:24-00681-PHX-CDB_
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_Pending_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: *Right to Representation*

2.   **Count I.**  Identify the issue involved.   Check **only one.**   State additional issues in separate counts.

- ☐ Basic necessities
- ☑ Disciplinary proceedings
- ☐ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☐ Access to the court
- ☐ Exercise of religion
- ☐ Other: _____
- ☐ Medical care
- ☐ Retaliation

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*See Additional Pages*

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☑ No
   b.   Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?  ☑ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  *Appealed Disciplinary ticket*

3

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count II.** Identify the issue involved.  Check **only one**.   State additional issues in separate counts.

☐ Basic necessities                ☐ Mail                ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings    ☐ Property         ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?                                                                          ☐ Yes          ☐ No
   2. Did you submit a request for administrative relief on Count II?            ☐ Yes          ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes          ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____
      _____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____

_____

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.  **Injury.**    State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

5.  **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐Yes    ☐No
    2. Did you submit a request for administrative relief on Count III?    ☐Yes    ☐No
    3. Did you appeal your request for relief on Count III to the highest level?    ☐Yes    ☐No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Injunctive Relief of Pressing Charges and Changing Venue

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2 - 27 - 24
DATE                                          SIGNATURE OF PLAINTIFF

Joel Falepapalungi
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

PO Box 3400 Florence AZ 85132
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

1-

Additional Pages
Disiplinary Proceedings

To prevail in a 1983 civil complaint the plaintiff must (1) prove Act By Defendant (2) Color of State Law (3) Deprived him of Federal Rights, Privledges or Immunity (4) Caused him damage.

#29318J                              #3639155

I, Jason Gregory, adjacent to Joel Falepapalangi hereby file a class action suit for injuctive relief of having an Assault on Staff Disiplinary ticket, Charged in Pinal County Courthouse. The crime occured in Pima County so it might be nessasary that Pima County charge the case and I submit a "change of venue" on behalf of Mr. Falepaplani so I can continue to represent him. Mr. Falepapalangi knows I have a reputation of winning Cases, I am a jailhouse lawyer and we have come to anagreement that I will represent Mr. Falepaplangi in his criminal case.

1st he must get the charge of Aggravated Assault on Staff charged against him, then I must file a Motion for Chnage of Venue so the case can be argued in Pinal County. Because I am in Pinal County and I am his counsel. I have another case, case #Cr 2023-02469. That case has already start its proceedings, therefore I can't leave until that case is adjudicated. Hence a change of venue would be an appropriate Comprimise.

There is an important time frame. Mr. Falepapalangi has a release date of July 19th 2024. If Charges are pressed immediately after his jail time is done he can go directly to Pinal County instead of Pima County. This is my case as much as his. I belive Attorney-Client privledge allows for the Change of Venue.

2.

2.

### (2) Color of State Law

The County Attorney's office of Pima County one" any County in the United States, the prosecutor is in charge of prosecuting people That goes for all states. Since the County Attorney OR prosecutor (same thing) since their office is funded by the State. Since they recieve checks from money taken out of the States Budget, and their power comes virtue of the state because they are clothed by the state under color of State law the defendants satisfys the color of state law requirement.

### (3) Deprived him of Federal Rights, Privledges or Immunity.

People have the right to an attorney. Not all the time do they have the right to choose their attorney. I am a jailhouse lawyer. I have a Federal Right to represent another inmate. To deny me that right would be unconstitutional. To keep this case in Pima county would be a deprivation of my privledge to represent my fellow inmate, who is my neighbor @ Eyman Complex - Browning Unit in Florence, AZ. There is a such privledge as attorney-client privledge. I don't have the means to travel all the way to Pima County, but if Mr. Falepapalangi's case is changed venue to Pinal county it benifits both inmates, both client and attorney. All I have to do is show up on the court date. Mr. Gregory's right to represent another inmate and our attorney-client privledge is being threatened. We ask the court not to allow such a threat. As a just relief please press charges on Mr. Falepapalangi and change venue from pima county to pinal county. The two of us have rights as Americans too. To hurry up and press charges is justice, change of Venue is justice.

3.

### (4) Caused him Damage

If the 2 request are not met. (1) The Charges be pressed and (2) The venue changed, it is unconstitutional. We are not argueing that there is any physical damage so we don't ask for monetary relief. We are requesting injuctive relief. We need to stop... Investigate ... and Persue. This suit is about getting something done. So 2 inmates can cooperate to get Something done worth while.

We have attorney-client privledge. We have rights to represent. Mr. Falepapalungi's right to adaquate legal representation is @ stake. A Public Defender is not hype enough. A 1st time trial of him representing himself is dangerous compared to 2 ~~None white~~ American inmates, 1 of whom has polynesian descent from the small humble island of tonga, walking into the courtroom, in co-op & exercising their rights to be courageous enough to take a chance w/ Mr. Gregory @ the controls. Now he's representing someone who's U.S rights are as important as any other U.S citizen. native or ~~foreign~~. Our rights boarder on respect. It is important. As important as any case, even if the crime was more high profile. Mr. Falepapalangi is pleading Not-Guilty on a winable case. I request the court please take the steps needed to make this happen. Damage is caused only if the ~~court decides~~ Decides not to pursue charges and change venue. I, Jason Gregory, am counsel for the defendant and as counsel for Mr. Falepapalungi today's priority is to press the issue. Press charges please, and press for change at venue. That said, please grant the relief requested.

Conclusion:

In conclusion please note I have some experience in representing myself. from jail rather its as a pretrial detainee or filing suits from prison. Mr. ~~Falepapalungi~~ Falepapalungi sees a winner. I sufficiently state Case #CV-2118-

4.

01598-PHX-GMS-JZB. When I state that claim I showed the people of the court and my peers that I had leadership skills. I followed that case w/ 2 criminal cases. Now I represent myself on a Murder case where I killed my cellmate in Self-Defense. I just wanted the court to know I've been busy. I qualify. The previledge of being a jailhouse lawyer is an attorney-client privledge. Since I'm incarcerated in Florence and my clients case is in Tucson I belive the change of venue is a right of the attorney on the case seeing how Mr. Falepapalungi and I make a strong case for me to be respected as a legitimate counsler. It would be a burden to travel all the way to Tucson. I belive this request is legitimate. Please press the charges and change venue as a just relief and respect the plaintiffs attorney-client privledge.

Dated this 29th day of Febuary 2024

9.

THE REASON IM TRYING TO RECIEVE THE PAPERWORK
IS BECAUSE I AM NOT TRYING TO WAIT FOR A
PAGE 2 WHEN I CAN GET EVERYTHING I NEED TO
GET THIS CASE SETTLED. WHILE ALREADY DOING THE TIME
— JOEL FALEPAPALANGI
ADC #= 363917
DOB: 12/19/1995

Certificate of Service

I Certify that I mailed a copy of this document to:

U.S. District Court Clerk
U.S. Courthouse, Suite 1500
405 West Congress Street
Tucson, AZ  85701-5010

-1-27-24