# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason D Gregory,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | **NO. CV-24-00522-TUC-RCC (P)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 28, 2024, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

December 13, 2024

　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　　　s/ B. Cortez
　　　　　　　　　　By　　　Deputy Clerk